FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 25 2000

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CREO PRODUCTS, INC., a Canadian corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>DAINIPPON SCREEN MFG. CO., LTD., a Japanese corporation,<br><br>    Defendant.<br><hr>DAINIPPON SCREEN MFG. CO., LTD.,<br><br>    Counterclaimant,<br><br>  v.<br><br>CREO PRODUCTS,<br><br>    Counterdefendant. | NO. C98-1801R<br><br>ORDER REGARDING DISCOVERY MOTIONS |

THE COURT has received the following: (1) Screen's motion to strike and exclude expert witness testimony, and (2) Screen's

ORDER
Page - 1 -

motion to strike Creo's deposition notice and for a protective order. Having considered the papers filed in support of and in opposition to both motions, the court rules as follows:

1. Creo disclosed its expert after the deadline for doing so, and even then has still failed to comply with Local Rule W.D. Wash. CR 24(a)(2)(B), which requires that such disclosures "be accompanied by a statement of all opinions to be expressed and the basis and reasons therefor." Creo has had sufficient information to produce such a disclosure for months; an extension of time to provide adequate disclosure would affect the discovery cutoff date and prejudice Screen. Screen's motion to strike and exclude Mr. Yerkerwich's testimony [91-1] is GRANTED.

2. The court finds that Creo's deposition notice is overbroad in the various ways that Screen suggests. The court declines to detail the flaws in Creo's deposition notice; rewriting the notice so as to properly narrow the areas of inquiry is Creo's responsibility. The depositions shall take place in Japan unless the requisite witnesses plan to travel to the United States. Screen's motion to strike Creo's deposition notice [docket 98-1] is GRANTED. Counsel are referred to the court's order of March 30, 1999, and Local Rule W.D. Wash. CR 37(h). The court expects

/ / /

/ / /

/ / /

ORDER
Page - 2 -

counsel to meet and confer to arrive at mutually acceptable areas of inquiry.

DATED at Seattle, Washington this 25th day of February, 2000.

*[signature: Barbara J. Rothstein]*
BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER
Page - 3 -